**Entered on Docket
September 24, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-through Certificates, Series 2007-3
09-70720 / 1256045528

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Marwan Khalaf<br><br>              Debtors. | 09-10590-lbr<br><br>Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

Pursuant to the Declaration re Breach of Condition filed on August 31, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, HSBC Bank USA National Association as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-through Certificates, Series 2007-3 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 6448 Hillside Brook Ave. , Las Vegas NV and legally described as follows:

Parcel One (1):
Lot Thirty-Three (33) in Block Three (3) of MOUNTAIN GATE TOWNHOMES - UNIT 2, as shown by map thereof on File in Book 70 of Plats, Page 28, in the Office of the County Recorder of Clark County, Nevada.

Parcel Two (2):
A non exclusive easement for access, ingress and egress over, in, upon and across and enjoyment in and to the Association Property as set for in the Declaration ofCovenants, Conditions and Restrictions and Reservation of Easement for MOUNTAIN GATE TOWNHOMES, a Planned Community recorded May 25-1995 in Book 950525 as Document No. 00275 in the Office of the County Recorder of Clark County, Nevada.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its

secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates
     /s/ Gregory L. Wilde

By_____
    **GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107